# EXHIBIT A

COMMONWEALTH OF VIRGINIA
*CIRCUIT COURT OF FAIRFAX*
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
703-691-7320
(Press 3, Press 1)

Gwendolyn McNeil vs. Walmart

CASE NUMBER: CL-2026-0002759

TO: Walmart
1500 B Cornerside Blvd
Vienna VA 22182

## SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.

Done in the name of the Commonwealth of Virginia, on February 18, 2026.

CHRISTOPHER J. FALCON, CLERK

By: ______________________
Deputy Clerk

Plaintiff's Attorney: Pro Se

FILED
CIVIL INTAKE

2026 FEB 17 PM 1:16

CLERK, CIRCUIT COURT
FAIRFAX, VA

**VIRGINIA**

**IN THE CIRCUIT COURT OF FAIRFAX VIRGINIA**

GWENDOLYN McNEIL
P.O.BOX 538
Arlington, Virginia 22216
Plaintiff
Vs.
WALMART
1500 B Cornerside Blvd.
Vienna, Virginia 22182
Defendant

**2026 02759**

**COMPLAINT VIOLATION OF TITLE VII**

I am respectfully asking the Fairfax Circuit Court of Virginia to grant my Complaint against Walmart for alleged violation of Title VII code 42 U.S.C.2000e and Wrongful Termination / Retaliatory Virginia Code 40.1-27.3. I am asking for a Jury Trial. With investigation, evidence, witnesses and depositions this complaint will show merit.

1. Walmart Terminated my Employment July 31, 2024 without just cause. VA. Code 40.1-27.3.

2. Walmart discriminated against me because of my age,ethnicity and gender. Also, I was sexually harassed. Walmart Discriminated against me under Title VII code 42 U.S.C 2000e

3. Walmart allegedly submitted fraudulent evidence, that was not certified nor witnesses cross examined Virginia Law 38.2-5508.1 or deposed. I was not made aware of various alleged evidence.

4. Walmart allegedly violated Discriminatory Acts under Virginia Law 2.2-3900 Human Rights Act.

**RELIEF SEEKED** $49,999.00

The Relief I seek is for Compensatory Damages and any Other Damages the Court deems fit. I lost Wages, Health Care,Unemployment and Quality of Life.

**Request For A Jury Trial**

I am respectfully requesting a Jury Trial.

Plaintiff Signed: [signature]

Gwendolyn McNeil
P.O.Box 538
Arlington, VA. 22216
gmcneil579@mail.com
571-239-4274
Plaintiff

Vs.

Walmart
1500 B Cornerside Blvd.
Vienna, VA. 22182
Defendant

**CERTIFICATE**

I hereby certify that a true copy of this Complaint Violation of Title VII and Wrongful Termination was submitted to Virginia In The Circuit Court of Fairfax Virginia. Requested the Circuit Court of Fairfax Virginia to submit a copy to Walmart the Defendant.

Plaintiff Signature: [signature]

Date: February 17, 2026